IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Applicant,

v.                                                    No. 05-MC-031-B/V

AMERICAN MERCHANT DATA SERVICE,

    Respondent.

---

## ORDER OF REFERENCE

---

Before the court is an Application for Order to Show Cause Why Subpoena Should Not be Enforced filed on August 25, 2005.

This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order/report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 29th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-MC-00031 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT