IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _CG_ D.C.

05 AUG 31 PM 3:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | MISC. NO. 05-MC-031-BV |
| v. | ) ) | |
| AMERICAN MERCHANT DATA SERVICE | ) ) ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain subpoena <u>duces tecum</u> should not be enforced. Subpoena No.250-A5-33 was served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on June 17, 2005, in the investigation of Charge No. 250-2005-01440. The Commission having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated in the subpoena, it is hereby ORDERED that Respondent appear on the 13th day of October, 2005, at 2:00pm in Courtroom 5, United States Courthouse, 167 N. Main Street, Memphis, Tennessee, and show cause why it should not be compelled to comply with the subpoena issued to it. It is further ORDERED that Respondent be served with a copy of this Order to Show Cause, with the Application on which the Order

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-1-05

is based and the Memorandum in Support, on or before the 9th day September 2005.

It is further ORDERED that Respondent must file and serve its answer to the Application no later than the 6th day of October, 2005.

*Diane K. Vescovo*

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

August 31, 2005
DATE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-MC-00031 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT