IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 16 AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Applicant, ) ) | CIVIL ACTION NO. |
| v. ) ) | 05-MC-31-B/V |
| AMERICAN MERCHANT DATA SERVICE, ) ) | Magistrate Judge Vescovo |
| Respondent. ) ) | |

### ORDER OF DISMISSAL

Before this Court is Applicant Equal Employment Opportunity Commission's Motion to Dismiss its Application for administrative subpoena enforcement action filed (Docket No. 1). Because Respondent has now responded and has produced documents to Plaintiff that comply with the Commission's subpoena, the Applicant's Motion is GRANTED.  Accordingly, this matter is hereby DISMISSED.  The hearing set for November 14, 2005, is cancelled.

**SO ORDERED** THIS ___15th___ DAY OF <u>November</u>, 2005.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-16-05__

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-MC-00031 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT