# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 17 PM 2: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| AMERICAN MERCHANT DATA SERVICE, | CASE NO: 2:05mc00031-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 16, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/17/05
Date

THOMAS M. GOULD

_____
Clerk of Court

Earline Grayer
(By) Deputy Clerk



This judgment entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-MC-00031 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT